JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Facsimile: (415) 744-0134
E-Mail: Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN SCOTT FLOWERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY[1],<br>Commissioner of Social Security,<br><br>    Defendant. | Case 2:23-cv-01693-BNW<br><br>UNOPPOSED MOTION FOR<br>EXTENSION OF TIME<br>(*FIRST REQUEST*) |

Defendant, the Commissioner of Social Security, respectfully requests an extension of 30 days in which to respond to Plaintiff's Motion for Reversal and/or Remand (ECF No. 11), filed on January 17, 2024, changing the date on which Defendant's response is due to from February 16, 2024, to March 18, 2024 (March 17th falls on Sunday). This is Defendant's first request for an extension to respond to Plaintiff's motion. Counsel for Defendant conferred with a representative for counsel for Plaintiff on February 14, 2024, and confirmed that Plaintiff has no objection to this request.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Defendant makes this request in good faith and for good cause. I request this extension in order to further consider the 1200-page administrative record in light of the two issues raised in Plaintiff's motion. While I have been diligently trying to complete the review of this case file, I additionally have had several briefs due in recent days in this and other district courts. In the next month, I have eight more briefs due in various district courts of the Ninth Circuit, including this one. Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this and my other matters.

For these reasons, the Commissioner respectfully requests that the Court grant this motion for an extension of 30 days for Defendant to respond to Plaintiff's Opening Brief.

DATED February 14, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  2/16/2024

2