JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
410-966-1551
Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| RYAN SCOTT FLOWERS, | |
|---|---|
| Plaintiff, | Case 2:23-cv-01693-BNW |
| vs. | STIPULATED MOTION FOR REMAND and [PROPOSED] ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

   On remand, the Appeals Council will direct the ALJ to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of his claim and an opportunity for a new hearing.

   The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

| | | |
|---|---|---|
| DATED March 13, 2024. | | Respectfully submitted, |
| | | Law Offices of Lawrence D. Rohlfing, Inc., CPC |
| | By: | s/ Marc V. Kalagian |
| | | MARC V. KALAGIAN |
| | | Attorney for Plaintiff |
| | | (By email authorization) |
| | | |
| | | JASON M. FRIERSON |
| | | United States Attorney |
| | By: | s/ *Julie A.K. Cummings* |
| | | JULIE A.K. CUMMINGS |
| | | Special Assistant United States Attorney |
| | | Office of Program Litigation, Office 7 |
| | | |
| | | Attorneys for Defendant |

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  3/14/2024

STIPULATED MOTION FOR REMAND
CASE NO. 2:23-cv-01693-BNW

2